IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| BARBARA COOK,<br><br>             Plaintiff,<br><br>   v.<br><br>SOFT SHEEN CARSON, INC., et al.,<br><br>             Defendants. | Civil No. 08-1542-RBK-AMD |

## ORDER

THIS MATTER having come before the Court during a hearing on the record on August 13, 2008, at which time David S. Rochman, Esquire, appeared on behalf of Plaintiff via telephone, and W. Bourne Ruthrauff, Esquire, appeared on behalf of Defendant; and it appearing that the parties have agreed on a specific date to conduct the deposition of Plaintiff; and for good cause shown:

IT IS on this 15th day of September 2008:

**ORDERED** that Plaintiff shall appear for her videotape deposition on October 13, 2008, beginning at 10:00 A.M., at the offices of Bennett, Bricklin & Saltzburg, LLP, located at Executive Mews, Suite H-43, 1930 East Marlton Pike, Cherry Hill, New Jersey. Failure to comply with this Order may result in the imposition of sanctions.

s/ Ann Marie Donio
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Robert B. Kugler